**Order entered June 19, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01181-CR

**HENRY FORD MCGILL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-76703-U**

## ORDER

Before the Court is appellant's May 25, 2018 requesting permission to file a pro se response and for a copy of the record in order to file a pro se response to counsel's *Anders* brief. In his motion to withdraw, counsel advised the Court that he has already provided appellant with a copy of the appellate record. Accordingly, appellant's request for additional records is **DENIED**.

Appellant's pro se response to the *Anders* brief shall be due on or before **July 24, 2018**. If appellant does not file a pro se response by **July 24, 2018**, the appeal will be submitted upon the brief of counsel.

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to counsel for the parties.

We further **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Henry Ford McGill, TDCJ No. 2162577, Fort Stockton Unit, 1536 IH-10 East, Fort Stockton, Texas 79735.

/s/  LANA MYERS
     JUSTICE